**STATEMENT OF FACTS**

On November 20, 2013, at approximately 6:04 am, members of the FBI and the Metropolitan Police Department executed a search warrant at XXX XXXXXXXX XXXXX, XX, Washington, DC.  The defendant, Mia Danise Culbreath, resides in the residence and was present during the execution of the search warrant.  When asked if anything illegal would be found during the search of the premises, the defendant responded that a gun was in an upstairs room.  The search of the residence that followed resulted in seizures of the following items: one 9mm Ruger handgun and magazine loaded with ammunition in bedroom I; one digital scale with white residue, fourteen rounds of 9 mm ammunition next to mail matter in the name of Juan Floyd and Mia Culbreath, a .38 caliber round and a .45 caliber round of ammunition, one pocket digital scale and a plastic bag containing two razor blades inside bedroom J.

The search warrant was executed pursuant to a seven-month investigation into the activities of Juan Floyd, the father of one the defendant's children.  Numerous intercepted phone calls, surveillance and other investigative methods resulted in evidence that Floyd and others used the XXX XXXXXXXX XXXXX address to store proceeds or contraband related to narcotics trafficking, and further that Floyd assisted the defendant by providing monies for expenses relating to the home.  When further questioned about Floyd's activities, the defendant indicated that she was aware that Floyd stored narcotics on a shelf in a closet in the home.  Based upon this investigation and also on the evidence uncovered during the search described above and upon searches executed the defendant's statement indicating that she had knowledge of the presence of the weapon in the home, your affiant believes there is probable cause to believe that the defendant is conspiring with Floyd and others to traffic in heroin and other narcotics.

_____

SPECIAL AGENT CHRISTOPHER RAY
FEDERAL BUREAU OF INVESTIGATION

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF NOVEMBER, 2013.

_____

ALAN KAY
U.S. MAGISTRATE JUDGE